| | |
|---|---|
| MELINDA HAAG (CASBN 132612)<br>United States Attorney<br><br>MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division<br><br>AUTUMN R. PORTER (CASBN 240750)<br>Special Assistant United States Attorney<br><br>Defense Language Institute – Criminal Law<br>1336 Plummer Street, Building 275<br>Monterey, CA  93944<br>Telephone: (831) 242-6394<br>Email: autumn.veatch@us.army.mil<br><br>Attorneys for Plaintiff | **FILED**<br><br>JUN 0 1 2011<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUAN JACQUEZ,<br><br>　　　　Defendant. | ) Criminal No.: CR 10-00741-HRL<br>)<br>)<br>) MOTION AND [~~PROPOSED~~] ORDER TO<br>) DISMISS INFORMATION<br>)<br>)<br>)<br>) |

1. The United States moves that all charges in the Information filed in the above captioned case on October 8, 2010 be dismissed.

2. The United States makes this motion in the interests of justice.

　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Autumn R. Porter
　　　　　　　　　　　　　　　　　　AUTUMN R. PORTER
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION
CR 10-00741 HRL

1
2

## ORDER

3   Based on the government's motion and good cause appearing, IT IS HEREBY
4   ORDERED that the above entitled matter is dismissed without prejudice.

5

6   Dated: ___6/1___ 2011         ~~HOWARD R. LLOYD~~  Paul S Grewal
7                                 United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INFORMATION
CR 10-00741 HRL